SEDGWICK, DETERT, MORAN & ARNOLD LLP
RALPH A. GUIRGIS  Bar No. 143262
WILLIAM BURGER  Bar No. 234915
3 Park Plaza, 17th Floor
Irvine, California 92614-8540
Telephone: (949) 852-8200
Facsimile: (949) 852-8282
william.burger@sdma.com

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JOSEPH K. POWERS (PRO HAC VICE)
125 Broad Street, 39th Floor
New York, NY 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
joseph.powers@sdma.com

Attorneys for Plaintiff-Stakeholder-Claimant
ILLINOIS UNION INSURANCE COMPANY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROOKSTREET SECURITIES CORPORATION, STANLEY C. BROOKS, SCOTT S. BROOKS, KYLE REED CHRISTENSEN, JANET LYNN ROSS, WILLIAM BETTA, JR., CLIFFORD POPPER, JASON ZWIBEL, MARK A. ATCHITY, JULIE MAINS, SCOTT L. MAGALLANES, STEVE SKYTTE, ROBERT E. SCHULTZ, ALLEN HAGHIGHINIA, RUSSELL KAUTZ, ARIEH MANOR, TRAVIS A. BRANCH, SHANE A. McCANN, JASON WOESSNER, ROBERT GEST, MITCHELL JEFFREY FISHER, PATRICK ANTHONY POTOPOWICZ, JAMES HAMPTON SIMMONS, JR., BARRY KORNFELD, AL RUBIN, | CASE NO. SACV07-1095 CJC (RNBx)<br><br>Assigned to: Hon. Cormac J. Carney,<br>U.S. District Judge<br><br>Courtroom: 9-B<br><br>Address: Ronald Reagan Federal Bldg.<br>411 W. Fourth Street<br>Santa Ana, CA 92701-4516<br><br>[~~PROPOSED~~] ORDER<br><br>Complaint Filed: September 18, 2007 |

| | |
|---|---|
| 1 | KEEVIN GILLESPIE, JONATHAN SHEINKOP, JOHN MEANS, |
| 2 | MATTHEW WILSON, JALON M. O'CONNELL, TROY LUCIAN |
| 3 | GAGLIARDI, ERIC ELLIOTT, ANTHONY ARTERO, DEBORAH |
| 4 | SIMS, SHELDON DAGON, WILLIAM DONALDSON, |
| 5 | GERARD AXEL, BENITA AXEL, MICHAEL M. CHEGINI, SHOLEM |
| 6 | NOORI CHEGINI, Individually and as Trustees of the Chegini Family |
| 7 | Trust, JUDITH L. CHIOSSO GLASS, Individually and as Trustee |
| 8 | of the Judith L. Chiosso Glass Trust, COONEY, M.D. INC., JON |
| 9 | COONEY, M.D., PAUL CORBEN, ROBERTA CORBEN, DODGER, |
| 10 | INC., ANDREW EISENBERG, JOYCE EISENBERG, LEON |
| 11 | FARBER, CELESTE FARUGIA and JOHN J. FARUGIA, |
| 12 | Individually and as Trustees of the Farugia Family Trust, LYLE |
| 13 | FETTIG, ANTHONY J. FOLINO, JR., |
| 14 | MARGARET A. GENEST, GERALD GODINEAU and |
| 15 | EVELYN GODINEAU, Individually and as Trustees of the Godineau |
| 16 | Family Trust, PAULETTE HAIM, DENISE MARINO, CLAUDIA |
| 17 | JOHNSON, FRANKLIN H. KIYABU, CARMEN S. KIYABU, |
| 18 | MANFRED KOPELMAN, DEBORAH KOPELMAN, |
| 19 | WARREN KORNFELD, SHARON LAROCQUE, HELEN L. LENTZ, |
| 20 | STEVEN LIPSCHUTZ, RICHARD LISOWSKI, ANTHONY |
| 21 | MACCARONE, ANTOINNETTE MACCARONE, STEVEN B. |
| 22 | HORN, SR., TARA HORN, GARY H. MIKELS, DMD, STUART |
| 23 | MILLER, Individually and as Trustee of the Stuart Miller Trust, |
| 24 | HERMAN NADLER, GLORIA NADLER, LINDA NADLER, |
| 25 | JACQUELINE S. MISHORY, JOSEPH R. NEMETH, STEPHEN |
| 26 | C. OSIECKI and DIANE E. OSIECKI, Individually and as |
| 27 | trustees of the Osiecki Family Trust, ROBERT PORCELLA, LORRAINE |
| 28 | PORCELLA, TILLY |

| | |
|---|---|
| 1 | RUBENSTEIN, LIA HERING DE NASIELSKIER, SALOMON |
| 2 | HELFON TUACHI, BORUJ INC., GOLD INC., JUDY SCHULMAN, |
| 3 | MARK SMITH, MURRAY BIEDA, STANLEY STAHL and MERLE |
| 4 | STAHL, Individually and as Trustees of the Stanley Stahl |
| 5 | Recoverable Trust, BENNIE SHIPLEY, RAYGENA ERWIN, |
| 6 | JOSEPH W. STEVENS, Individually and as Trustee of the |
| 7 | Joseph W. Stevens Revocable Trust, ROBERT K. STEVENS, LISA |
| 8 | STEVENS, RAYMOND JAMES STOCKUS, STEPHEN D. STUBBS, |
| 9 | ROBIN L. STUBBS, CHARLES D. STUBBS, JACQUELINE S. |
| 10 | STUBBS, BETTY JEAN TAYLOR, MITCHELL THAL, HERBERT L. |
| 11 | THIRY, DOROTHY F. THIRY, WILLIAM WADDELL AND |
| 12 | JOANN WADDELL, Individually and as Settlers of JWW Trust U/A |
| 13 | 09/15/05, WENDY WALTER, JEROME WEINERTH, Individually |
| 14 | and as Custodian of Brandon Weinerth UTMA, GARY G. |
| 15 | WIESMAN, MICHAEL WOLKOFF and DOES 1-10. |
| 16 | Defendants-Claimants. |

28 ///

## ORDER

This Court finds that it has proper jurisdiction over the captioned matter.

**GOOD CAUSE APPEARING, IT IS FURTHER ORDERED:**

A preliminary injunction shall issue enjoining all potential claimants from instituting or prosecuting current or future actions seeking recovery against the Securities Broker-Dealer Professional Liability Insurance Policy Illinois Union Insurance Company issued to Brookstreet Securities Corporation.

DATED: ~~January~~ *February 23, 2009*

_____
HON. CORMAC J. CARNEY