1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **ILLINOIS UNION INSURANCE COMPANY,** | Case No.: SACV07-01095-CJC(RNBx) |
| **Plaintiffs,** | |
| vs. | **JUDGMENT AS TO DEFENDANT-CLAIMANT RAYMOND J. STOCKUS** |
| **BROOKSTREET SECURITIES CORP. ET AL.,** | |
| **Defendants.** | |

After reviewing Plaintiff-Stakeholder-Claimant Illinois Union Insurance Company's Notice of Motion and Motion for Summary Judgment as to Defendant-Claimant Raymond James Stockus ("Stockus") and the opposition thereto,

The Court finds that Mr. Stockus is not entitled to any recovery against the stake posted by Illinois Union, it is ORDERED AND ADJUDGED that:

1. Illinois Union's Motion for Summary Judgment as to Mr. Stockus is GRANTED;

2. Mr. Stockus will take nothing; and

3. Mr. Stockus is dismissed, with prejudice, from the captioned action.

DATED: December 7, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE